DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWTON COHEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1165

[March 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 14015781CF10A.

Craig J. Trocino of Michael Gottlieb, P.A., Fort Lauderdale, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***